ADAM GORDON
United States Attorney
MICHAEL D. STINNETT-KASSOFF
Assistant U.S. Attorney
D.C. Bar No. 1719774
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-9193
Facsimile: (619) 546-7751
Email: michael.stinnett-kassoff@usdoj.gov

Attorneys for Respondents

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FERNANDO PIZANA BELLO,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN<br>Secretary, U.S. Department of Homeland Security, *et al.*,<br>Respondents. | Case 26-cv-05873-DMS-AHG<br><br>**JOINT MOTION TO DISMISS** |

Petitioner Fernando Pizana Bello, by and through his counsel, Daniel Stefan Castaneda, and Respondents Christopher J. LaRose, et al., by and through their counsel, Adam Gordon, United States Attorney, and Michael Stinnett-Kassoff, Assistant United States Attorney, hereby jointly agree and stipulate to dismissal of this case without prejudice. The parties further agree that each party will bear its own fees and costs of suit.

DATED: October 19, 2025

*s/ Daniel Stefan Castaneda*
DANIEL STEFAN CASTANEDA
Attorney for Petitioner

Case 3:26-cv-05873-DMS-AHG Document 4 Filed 10/19/26 PageID.28 Page 2 of 2

DATED: October 19, 2025

ADAM GORDON
United States Attorney

*s/ Michael Stinnett-Kassoff*
MICHAEL D. STINNETT-KASSOFF
Assistant United States Attorney
Attorney for Respondents

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I hereby certify that the content of this document is acceptable Daniel Stefan Castaneda, counsel for Petitioner, and that I have obtained Mr. Castaneda's authorization to affix his electronic signature to this document.

DATED: October 19, 2025

*s/ Michael Stinnett-Kassoff*
MICHAEL D. STINNETT-KASSOFF
Assistant United States Attorney

IT IS SO ORDERED.

DATED 10-21-26

UNITED STATES DISTRICT JUDGE